TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Allan Josseth Zelaya Rool,<br><br>　　　　　Petitioner,<br>　　v.<br><br>Todd Blanche, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:26-cv-01125-APG-BNW<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to Produce Petitioner's A-file**<br><br>**(First Request)** |

Petitioner Allan Josseth Zelaya Rool ("Petitioner") and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to produce Petitioner's A-file, per this Court's Order, ECF No. 12, ordering Federal Respondents to "produce to petitioner Allan Josseth Zelaya Rool his entire A-file, any transcripts and audio from any of his credible fear interviews, and documentation about the status of his spousal petition, including, if it was resolved, any documentation showing the resolution of that petition."

Federal Respondents need an additional two days, extending the deadline from June 10, 2026 to June 12, 2026, because the Agency has received the file on June 9, 2026, and the review of the file and creation of any potential privilege/confidentiality log will take time. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to produce Petitioner's A-file from June 10, 2026, to June 12, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 10th day of June 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/Emma Smith*
Emma Smith
Assistant Federal Public Defender
Illinois Bar No. 6317192
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Emma_Smith@fd.org
*Attorney for Petitioner Allan Josseth Zelaya Rool*

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** June 15, 2026

2