**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLAN JOSSETH ZELAYA ROOL,<br><br>Petitioner<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents | Case No.: 2:26-cv-01125-APG-BNW<br><br>**Order Setting Deadline to File Amended Petition** |

I ORDER that petitioner Allan Rool's amended petition for writ of habeas corpus is due by September 14, 2026. The respondents' response is due September 28, 2026. The reply is due October 5, 2026.

DATED this 31st day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE